NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
*Appellant*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee*

---

2014-1509

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00005.

---

**JUDGMENT**

---

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for appellant. Also represented by ROLF STADHEIM.

RUFFIN B. CORDELL, Fish & Richardson, P.C., Washington, DC, argued for appellee. Also represented by TIMOTHY W. RIFFE, ADAM SHARTZER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and REYNA, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

March 12, 2015
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court